UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DONALD NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-CV-417-PLR-HBG |
| | ) |
| KNOX COUNTY, TN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Hold Defendants' Bill of Costs and Motion for Attorney Fees in Abeyance Pending the Outcome of the Appeals [Doc. 137], in which Plaintiff moves the Court to stay decision on the pending bill of costs and request for attorneys' fees. The instant motion was filed on July 28, 2014, and no party has filed a timely response in opposition to the motion, see E.D. Tenn. L.R. 7.1. The Court may treat the lack of opposition as acquiescence to the relief sought.

The Court finds that the Plaintiff's motion **[Doc. 137]** is well-taken, and it is **GRANTED**. However, the Bill of Costs [Doc. 134] and Motion for Attorney Fees [Doc. 132] will be **DENIED WITHOUT PREJUDICE**, to allow refiling of the same as appropriate. This relief is equivalent to the relief requested and eliminates the need for status reports during the period of abeyance.

**IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge