UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

Donald Nichols, )
 )
    *Plaintiff*, )
 )
v. ) No.: 3:11-CV-417-PLR-HBG
 )
Knox County, Tennessee, *et al.*, )
 )
    *Defendants*. )

## Order

On February 29, 2016, the Court held a hearing to discuss Knox County's numerous pending motions. Jonathan Swann Taylor and Robert R. Kurtz appeared on behalf of the plaintiff. David S. Wigler appeared on behalf of Knox County. For the reasons stated on the record, the Court **Orders** as follows:

- Knox County's motion for the Court to revise its earlier opinion [R. 169] is **Denied**;

- Knox County's second motion for leave to amend its answer [R. 170] is **Denied**;

- Knox County's second motion for the Court to revise its earlier opinion [R. 171] is **Denied**;

- Knox County's motion for judgment on the pleadings [R. 178] is **Denied as Moot**;

- Knox County's motion for oral argument [R. 179] is found as **Moot**;

- Knox County's motion for leave to file supplemental evidence [R. 196] is **Granted**;

- Knox County's second motion *in limine* [R. 202] is **Denied**;

- Knox County's motion to dismiss for lack of subject matter jurisdiction [R. 209] is **Denied**.

- The plaintiff's oral motion for leave to file an amended complaint is **Granted**. The plaintiff shall file his amended complaint on or before **Thursday, March 10, 2016**. Knox County shall have **21 days** thereafter to file its answer.[1]

- Because the plaintiff is filing an amended complaint, Knox County's dispositive deadline shall be extended. Any dispositive motion shall be filed by Knox County no more than 30 days after the plaintiff files his amended complaint.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court would like to reiterate that it will not consider Knox County's *res judicata* and settlement or release arguments again. If they are included in Knox County's upcoming answer, they will be stricken.